**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUSEPPE VIOLA, | No. C 12-2019 JW (PR) |
| Petitioner, | ORDER OF TRANSFER |
| vs. | |
| GREGORY AHERN, Sheriff of Alameda County, et al., | |
| Respondents. | |

Plaintiff, a prisoner presently incarcerated at Alameda County Jail in Oakland, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging an Arizona state court decision. See Docket No. 1 at 2–3. Petitioner has also filed a motion to proceed in forma pauperis. (Docket No. 2.)

Because this habeas petition concerns an Arizona state court decision, the Court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the District of Arizona. In light of the transfer, this Court will not resolve Petitioner's pending motion (Docket No. 2).

//

The Clerk shall transfer this matter, terminate all pending motions as moot, and close the file.

   IT IS SO ORDERED.

DATED: May 3, 2012

JAMES WARE
United States District Chief Judge